OSCAR SAMUELS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 13534.   Promulgated April 3, 1928.

*W. W. Spalding, Esq.*, for the petitioner.
*J. F. Greaney, Esq.*, for the respondent.

OPINION.

ARUNDELL: The issue involved in this proceeding is governed by our decision in the *Appeal of D. Cerruti,* 4 B. T. A. 682.

*Judgment will be entered for the respondent.*